1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12

TUE TRI THANH KHA,                          )   Case No. SA CV 12-1891 VBF (MRW)

13                                          )
                          Petitioner,        )
14              vs.                          )   JUDGMENT
                                            )
15   C. GIPSON, Warden,                      )
                                            )
16                        Respondent.        )
                                            )
17   _____      )

18
19          Pursuant to the Order Accepting Findings and Recommendations of the

United States Magistrate Judge,
20
            IT IS ADJUDGED that this action is dismissed with prejudice.
21
22   DATE: July 8, 2013                *Valerie Baker Fairbank*

23                                     _____
24                                     HON. VALERIE BAKER FAIRBANK
                                       UNITED STATES DISTRICT JUDGE
25
26
27
28